OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be reversed, without costs, and the petition dismissed.
 

 Petitioner commenced this proceeding by an order to show cause. Although the order required that service be effected on or before August 7, 1980, service was not completed until the next day at the earliest. Inasmuch as petitioner failed to follow the provisions for service specified in the order to show cause, the petition must be dismissed (see
 
 Matter of Bruno v Ackerson,
 
 39 NY2d 718).
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer concur in memorandum.
 

 Order reversed, etc.